**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KYLE MCLELLAN,

    Plaintiff,

v.                                      Case No:  6:16-cv-1745-Orl-40GJK

PROG LEASING, LLC,

    Defendant.
_____

**ORDER**

This cause comes before the Court upon a *sua sponte* review of the file. On October 31, 2016, the parties filed what they have titled a "Joint Stipulation to Compel Arbitration and Stay Case." (Doc. 9). The parties essentially agree that they are contractually obligated to arbitrate their dispute and therefore ask the Court to stay this case while they pursue arbitration. However, the Federal Arbitration Act requires the Court to stay a lawsuit pending arbitration only where the Court is "satisfied that the issue involved in such suit or proceeding is referable to arbitration." 9 U.S.C. § 3.

The parties in this case have done nothing to advise the Court how their dispute is arbitrable; they have neither attached the arbitration agreement which purportedly controls Plaintiff's claims against Defendant nor included a legal memorandum as required by this Court's Local Rule 3.01(a). The parties consequently fail to satisfy the Court that an order compelling arbitration is warranted.

Accordingly it is **ORDERED AND ADJUDGED** that the parties' Joint Stipulation to Compel Arbitration and Stay Case (Doc. 9) is **STRICKEN**. The parties may renew their request through a properly supported motion and memorandum of law. Alternatively,

1

Plaintiff (or the parties together) may dismiss this lawsuit and pursue arbitration without the need for a court order.  See Fed. R. Civ. P. 41(a)(1).

**DONE AND ORDERED** in Orlando, Florida on November 3, 2016.

                                                              _____
                                                              PAUL G. BYRON
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record