IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISON

KYLE MCLELLAN,

  Plaintiff,

-vs-                                     CASE NO.:  6:16-CV-1745-ORL-40GJK

PROG LEASING, LLC d/b/a
PROGESSIVE LEASING,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Kyle McLellan, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Jenny N. Perkins, Esquire, Ballard Spahr, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA  19103  (perkins@ballardspahr.com).

                                    /s/Frank H. Kerney, III, Esquire
                                    Frank H. Kerney, III, Esquire
                                    Florida Bar #: 88672
                                    Morgan & Morgan, Tampa, P.A.
                                    One Tampa City Center
                                    201 North Franklin Street, 7th Floor
                                    Tampa, FL 33602
                                    Telephone: (813) 223-5505
                                    Facsimile:  (813) 223-5402
                                    fkerney@forthepeople.com
                                    jkneeland@forthepeople.com
                                    mbradford@forthepeople.com
                                    Counsel for Plaintiff